1  Jeffrey L. Fillerup, (SB No. 120543)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-mail: jfillerup@luce.com

5  Craig J. Madson, Pro Hac Vice (Pending)
   MADSON & AUSTIN, PC
6  15 West South Temple, Suite 900
   Salt Lake City, Utah 84101
7  Telephone No.: 801.537.1700
   Fax No.: 801.537.1799
8  E-mail: madson@maiplaw.com

9  Attorneys for Plaintiff
   American Piledriving Equipment, Inc.
10

11                **UNITED STATES DISTRICT COURT**

12              **NORTHERN  DISTRICT OF CALIFORNIA**

                 **SAN FRANCISCO DIVISION**
13

14  AMERICAN PILEDRIVING EQUIPMENT,        Case No. CV 08-1934 HRL
    INC., a Washington corporation,
15
                      Plaintiff,
16
           v.
17                                          **DECLINATION TO PROCEED BEFORE
                                            A MAGISTRATE JUDGE AND REQUEST**
    BAY MACHINERY CORPORATION, a            **FOR REASSIGNMENT TO A UNITED**
18  California corporation,                 **STATES DISTRICT JUDGE**

19                    Defendant.

20

21

22

23        The undersigned party hereby declines to consent to the assignment of this case to a United

24  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

25  to a United States District Court Judge.

26  ///

27  ///

28  ///

                                           1                Case No. CV 08-1394 HRL
                                                   DECLINATION TO PROCEED BEFORE A
                                                         MAGISTRATE JUDGE

1    DATED: April 15, 2008             LUCE, FORWARD, HAMILTON & SCRIPPS LLP

2

3                                      By: _____

4                                          Jeffrey L. Fillerup
                                           Attorneys for Plaintiff
5                                          American Piledriving Equipment, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CV 08-1394 HRL
                                                    DECLINATION TO PROCEED BEFORE A
                                                            MAGISTRATE JUDGE