UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| American Piledriving Equipment, Inc. a Washington corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Bay Machinery Corporation, a California corporation,<br><br>　　　　Defendant.　　　　　　　　/ | No. C08-01934<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

　　　　The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

　　　　PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 29, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: April 16, 2008　　　　　　　　　　　　RICHARD W. WIEKING,
　　　　　　　　　　　　　　　　　　　　　　United States District Court

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Patty Cromwell*
　　　　　　　　　　　　　　　　　　　　　　By: Patty Cromwell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Jeffrey L. Fillerup    jfillerup@luce.com, ccormier@luce.com

United States District Court
For the Northern District of California

2