1  Jeffrey L. Fillerup, (SB No. 120543)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-mail: jfillerup@luce.com

5  Craig J. Madson, Pro Hac Vice (Pending)
   MADSON & AUSTIN, PC
6  15 West South Temple, Suite 900
   Salt Lake City, Utah 84101
7  Telephone No.: 801.537.1700
   Fax No.: 801.537.1799
8  E-mail: madson@maiplaw.com

9  Attorneys for Plaintiff
   American Piledriving Equipment, Inc.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14  AMERICAN PILEDRIVING EQUIPMENT,        Case No. CV 08-1934 HRL
    INC., a Washington corporation,
15
                Plaintiff,
16
         v.                                 **PLAINTIFF'S CERTIFICATION OF**
17                                          **INTERESTED ENTITIES OR PARTIES**
    BAY MACHINERY CORPORATION, a
18  California corporation,

19              Defendant.

20

21

22       Pursuant to Local Rule 3-16, the Plaintiff hereby certifies that the following persons have

23  an interest in the Plaintiff's claims in this case:

24       There are no other parties or persons who have an interest in the Plaintiff's complaint.

25  ///

26  ///

27  ///

28  ///

                                            1                    Case No. CV-08-1934
                                                         PLAINTIFF'S CERTIFICATION OF
301035888.1                                              INTERESTED ENTITIES OR PARTIES

1  DATED: April 17, 2008                LUCE, FORWARD, HAMILTON & SCRIPPS LLP

                                        By: _____
                                            Jeffrey L. Fillerup
                                            Attorneys for Plaintiff
                                            American Piledriving Equipment, Inc