**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**April 16, 2008**

**CASE NUMBER:  CV 08-01934 HRL**
**CASE TITLE:  AMERICAN PILEDRIVING EQUIPMENT-v-BAY MACHINERY CORP**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.  Case reassigned to the **Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 04/16/08

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                         Entered in Computer 04/16/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                Transferor CSA

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC. et al,<br><br>             Plaintiff,<br><br>   v.<br><br>BAY MACHINERY CORPORATION et al,<br><br>             Defendant.<br>_____/ | Case Number: CV08-01934 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig J Madson
Madson and Austin, Inc
15 West South Temple Drive
Suite 900
Salt Lake City, UT 84101


Dated: April 18, 2008

                                           Richard W. Wieking, Clerk
                                           By: Tiffany Salinas-Harwell, Deputy Clerk