AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC. A WASHINGTON CORPORATION, ) <br> Plaintiff ) <br> v. ) <br> BAY MACHINERY CORPORATION, A ) <br> CALIFORNIA CORPORATION ) <br> Defendant | Civil Action No. CV 08-1934  PJH |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Bay Machinery Corporation
543 South 8th Street
Richmond, CA 94804


A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jeffrey L. Fillerup, SBN 120543
Luce Forward Hamilton & Scripps, LLP
121 Spear St., # 200
San Francisco, CA 94105


If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**RICHARD W. WIEKING**
Name of clerk of court

Date: 6-16-08

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.