UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: July 31, 2008                                JUDGE:  Phyllis J. Hamilton

Case No:  C-08-1934  PJH

Case Name: American Piledriving Equipment v. Bay Machinery Corporation

Attorney(s) for Plaintiff:     Craig J. Madson
Attorney(s) for Defendant:     Peter C. Knops

**Deputy Clerk**:  Nichole Heuerman            **Court Reporter**: Not Reported

PROCEEDINGS

    Initial Case Management Conference-Held.  Defense counsel informs the court that he is in the process of preparing a motion to be filed with the MDL panel.  The motion will be filed by early August.  The court sets some pretrial dates.  Dispositive motions deadline and trial date will be set after the claim construction ruling.  The parties shall comply with the patent local rules for other deadlines not set by the court.

**REFERRALS:**

**[x] Case referred to ADR for Private Mediation to be completed within 6 months**.

**PRETRIAL SCHEDULE:**

**Tutorial: 4/17/09 at 9:00 a.m.**
**Claim Construction: 5/6/09 at 9:00 a.m.**

**Order to be prepared by:**   [] Pl [] Def  []  Court

**Notes:**

**cc:** file; ADR