1  Ina D. Chang (SBN 240784)
   SHOOK, HARDY & BACON L.L.P.
2  333 Bush Street, Suite 600
   San Francisco, California 94104-2828
3  Telephone:  415-544-1900
   Facsimile:  415-391-0281
4  ichang@shb.com

5  Peter C. Knops, Esq.*(Pro Hac Vice to be filed)*
   SHOOK, HARDY & BACON L.L.P.
6  2555 Grand Boulevard
   Kansas City, Missouri  64108
7  Telephone:  816-474-6550
   Facsimile:  816-421-5547
8  pknops@shb.com

9  ATTORNEYS FOR DEFENDANT
   Bay Machinery Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAY MACHINERY CORPORATION, a California corporation,<br><br>Defendant. | Case No. 3:08-cv-01934 PJH<br><br>**STIPULATION TO EXTEND BAY MACHINERY CORPORATION'S TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|---|---|

In accordance with Local Rule 6-1(a), Plaintiff and Defendant Bay Machinery Corporation stipulated to extend the time Bay Machinery is permitted to respond to Plaintiff's First Amended Complaint.  The new response date is August 1, 2008.

143412V1

| | |
|---|---|
| Dated: August 1, 2008 | By */s/ Craig J. Madson* _____<br>Craig J Madson<br>MADISON AND AUSTIN PC<br>15 West South Temple Drive, Suite 900<br>Salt Lake City, UT 84101<br>801-537-1700<br>801-537-1799 (fax)<br><br>Attorney for Plaintiff |
| Dated: August 1, 2008 | SHOOK, HARDY & BACON L.L.P.<br><br>*/s/ Ina D. Chang*_____<br>Ina D. Chang<br>SHOOK, HARDY & BACON L.L.P.<br>333 Bush Street, Suite 600<br>San Francisco, California 94104-2828<br>Tel:   (415) 544-1900<br>Fax:   (415) 391-0281<br><br>Peter C. Knops ( *pro hac vice* to be filed)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Tel:   (816) 474-6550<br>Fax:   (816) 421-5547<br><br>Attorneys for Defendant |