Ina D. Chang (SBN 240784)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:  415-544-1900
Facsimile:  415-391-0281
ichang@shb.com

Peter C. Knops, Esq.*(Pro Hac Vice to be filed)*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri  64108
Telephone:  816-474-6550
Facsimile:  816-421-5547
pknops@shb.com

ATTORNEYS FOR DEFENDANT
Bay Machinery Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAY MACHINERY CORPORATION, a California corporation,<br><br>Defendant. | Case No. 3:08-cv-01934 PJH<br><br>**CERTIFICATE OF INTERESTED PARTIES FILED ON BEHALF OF DEFENDANT BAY MACHINERY CORPORATION** |

Defendant Bay Machinery Corporation ("Bay Machinery") identifies the following parties as having a financial interest in the outcome of this litigation against Bay Machinery.

American Piledriving Equipment, Inc.

J & G Sales, Inc.

Hydraulic Power Systems, Inc.

//

//

//

//

1

CERTIFICATE OF INTERESTED PARTIES
CASE NO. 3:08-CV-01934 PJH

143415V1

| | |
|---|---|
| Dated: August 1, 2008 | Respectfully submitted, |
| | SHOOK, HARDY & BACON L.L.P. |
| | |
| | */s/ Ina D. Chang*_____ |
| | Ina D. Chang |
| | SHOOK, HARDY & BACON L.L.P. |
| | 333 Bush Street, Suite 600 |
| | San Francisco, California 94104-2828 |
| | Tel:   (415) 544-1900 |
| | Fax:   (415) 391-0281 |
| | |
| | Peter C. Knops ( *pro hac vice* to be filed) |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Boulevard |
| | Kansas City, Missouri 64108-2613 |
| | Tel:   (816) 474-6550 |
| | Fax:   (816) 421-5547 |
| | |
| | Attorneys for Defendant |
| | BAY MACHINERY CORPORATION |

2

CERTIFICATE OF INTERESTED PARTIES
CASE NO. 3:08-CV-01934 PJH

143415v1