1  Ina D. Chang (SBN 240784)
   SHOOK, HARDY & BACON L.L.P.
2  333 Bush Street, Suite 600
   San Francisco, California 94104-2828
3  Telephone: 415-544-1900
   Facsimile: 415-391-0281
4  ichang@shb.com

5  Peter C. Knops, Esq.*(Pro Hac Vice to be filed)*
   SHOOK, HARDY & BACON L.L.P.
6  2555 Grand Boulevard
   Kansas City, Missouri 64108
7  Telephone: 816-474-6550
   Facsimile: 816-421-5547
8  pknops@shb.com

9  ATTORNEYS FOR DEFENDANT
   Bay Machinery Corporation

10

              UNITED STATES DISTRICT COURT
11
              NORTHERN DISTRICT OF CALIFORNIA
12
                  SAN FRANCISCO DIVISION
13

14 | AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation, | Case No. 3:08-cv-01934 PJH
15 | Plaintiff, | **DEFENDANT BAY MACHINERY CORPORATION'S CORPORATE DISCLOSURE STATEMENT**
16 | v. |
17 | BAY MACHINERY CORPORATION, a California corporation, |
18 | |
19 | Defendant. |

20

21

22

23

24

25

26

27

28

143421V1

1  Defendant Bay Machinery Corporation (hereinafter "Bay Machinery") states that no
2  corporation meets the disclosure requirements of Rule 7.1 of the Federal Rules of Civil Procedure. .

4  Dated: August 1, 2008                    Respectfully submitted,

5                                            SHOOK, HARDY & BACON L.L.P.

7                                            /s/ Ina D. Chang
                                             Ina D. Chang
8                                            SHOOK, HARDY & BACON L.L.P.
                                             333 Bush Street, Suite 600
9                                            San Francisco, California 94104-2828
                                             Tel:   (415) 544-1900
10                                           Fax:   (415) 391-0281

11                                           Peter C. Knops ( *pro hac vice* to be filed)
                                             SHOOK, HARDY & BACON L.L.P.
12                                           2555 Grand Boulevard
                                             Kansas City, Missouri 64108-2613
13                                           Tel:   (816) 474-6550
                                             Fax:   (816) 421-5547
14
15                                           Attorneys for Defendant
                                             BAY MACHINERY CORPORATION

143421V1

2

CORPORATE DISCLOSURE STATEMENT
CASE NO. 3:08-CV-01934 PJH