1 | Jeffrey L. Fillerup, (SB No. 120543)
  | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2 | Rincon Center II, 121 Spear Street, Suite 200
  | San Francisco, California 94105-1582
3 | Telephone No.: 415.356.4600
  | Fax No.: 415.356.4610
4 | E-mail: jfillerup@luce.com

5 | Craig J. Madson, (Admitted Pro Hac Vice)
  | MADSON & AUSTIN, PC
6 | 15 West South Temple, Suite 900
  | Salt Lake City, Utah 84101
7 | Telephone No.: 801.537.1700
  | Fax No.: 801.537.1799
8 | E-mail: madson@maiplaw.com

9 | Attorneys for Plaintiff
  | American Piledriving Equipment, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**AT SAN FRANCISCO**

| AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation, | Case No. CV 08 1934 PJH |
|---|---|
| Plaintiff, | **PLAINTIFF AMERICAN PILEDRIVING EQUIPMENT'S ANSWER TO COUNTERCLAIMS** |
| v. | |
| BAY MACHINERY CORPORATION, a California corporation, | |
| Defendant. | |

Plaintiff, American Piledriving Equipment, Inc. (hereinafter "APE"), by and through its attorneys, hereby answers the Counterclaim of defendant Bay Machinery Corporation, Inc. ("BAY"), and responds to the numbered allegations of the Counterclaims as follows:

1. APE admits, upon information and belief, the allegations contained in paragraph 1 of the Counterclaim.

2. APE admits the allegations contained in paragraph 2 of the Counterclaim.

3. APE admits, upon information and belief, the allegations contained in paragraph 3

1  of the Counterclaim.

2      4.    APE admits the allegations contained in paragraph 4 of the Counterclaim.

3      5.    APE admits the allegations contained in paragraph 5 of the Counterclaim.

### **COUNT 1 – DECLARATION OF NON-INFRINGEMENT**

5      6.    APE admits the allegations contained in paragraph 6 of the Counterclaim.

6      7.    APE denies the allegations contained in paragraph 7 of the Counterclaim.

7      8.    APE denies the allegations contained in paragraph 8 of the Counterclaim.

### **COUNT 2 – DECLARATION OF INVALIDITY**

9      9.    APE denies the allegations contained in paragraph 9 of the Counterclaim.

10      10.    APE denies the allegations contained in paragraph 10 of the Counterclaim.

11      11.    APE admits the allegations contained in paragraph 11 of the Counterclaim.

The remaining allegations constitute prayers for relief that can neither be admitted nor denied by APE. To the extent that APE is required to respond to said allegations, APE denies that BAY is entitled to any such relief.

DATED: August 15, 2008    LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Jeffrey L. Fillerup
Jeffrey L. Fillerup
Attorneys for Plaintiff
American Piledriving Equipment, Inc.

DATED: August 15, 2008    MADSON & AUSTIN, P.C.

By: /s/ Craig J. Madson
Craig J. Madson
Attorneys for Plaintiff
American Piledriving Equipment, Inc.