1  Jeffrey L. Fillerup, (SB No. 120543)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-mail: jfillerup@luce.com

5  Craig J. Madson, (Admitted Pro Hac Vice)
   MADSON & AUSTIN, PC
6  15 West South Temple, Suite 900
   Salt Lake City, Utah 84101
7  Telephone No.: 801.537.1700
   Fax No.: 801.537.1799
8  E-mail: madson@maiplaw.com

9  Attorneys for Plaintiff
   American Piledriving Equipment, Inc.
10

11              **UNITED STATES DISTRICT COURT**

12            **NORTHERN  DISTRICT OF CALIFORNIA**

13                   **AT SAN FRANCISCO**

14

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation, | Case No.  CV 08 1934 PJH |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| BAY MACHINERY CORPORATION, a California corporation, | |
| Defendant. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Diego, State of California. My business address is 121 Spear St., Ste. 200, San Francisco, CA 94105.

On August 15, 2008, I served true copies of the following document(s) described as

**PLAINTIFF AMERICAN PILEDRIVING EQUIPMENT'S
ANSWER TO COUNTERCLAIMS**

on the interested parties in this action as follows:

Ina  D. Chang
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828


Peter C. Knops
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2008, at San Francisco, California.


/s/ Cheryl Cormier
Cheryl Cormier

301045341.1

2                                    Case No. CV 08-1934 PJH
                                     Certificate of Service