1  Jeffrey L. Fillerup, (SB No. 120543)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2  Rincon Center II, 121 Spear Street, Suite 200
   San Francisco, California 94105-1582
3  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
4  E-mail: jfillerup@luce.com

5  Craig J. Madson
   MADSON IP
6  Old Shepard Commons, Suite 230
   1466 North Highway 89
7  Farmington, Utah 84025
   Telephone: (801) 447-9099
8  Fax: (801) 447-9146
   Email: madson@madsonip.com

9  Attorneys for Plaintiff
10 American Piledriving Equipment, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAY MACHINERY CORPORATION, a California corporation,<br><br>Defendant. | Case No. CV 08 1934 PJH<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE MEDIATION DEADLINE |

IT IS HEREBY ORDERED that the current January 31, 2009 deadline for conducting a mediation be continued for 60 days, to March 31, 2009.

DATED: 1/16/09

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

1  Case No. CV 08 1934 PJH
[PROPOSED] ORDER ON STIPULATION TO
CONTINUE MEDIATION DEADLINE

301060422.1