1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

| | | |
|---|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC. a Washington corporation, | ) ) ) | Case No. CV 08-1934 PJH ORDER DENYING REQUEST [PROPOSED] ~~ORDER ON STIPULATION~~ TO CONTINUE MEDIATION DEADLINE |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| BAY MACHINERY CORPORATION, a California corporation, | ) ) ) | |
| Defendant. | ) | |

18

IT IS HEREBY ORDERED that the current March 31, 2009 deadline for conducting

19

a mediation be continued until June 1, 2009.

20

21

DATED: 3/30/09

22

DENIED

23

4/1/09

*Judge Phyllis J. Hamilton*

United States District Court

24

25

26

NO REASON PROVIDED THEREFORE GOOD CAUSE HAS NOT BEEN SHOWN.

27

28