1  Ina D. Chang, SBN 240784
   ichang@shb.com
2  SHOOK, HARDY & BACON L.L.P.
3  333 Bush Street, Suite 600
   San Francisco, California 94104-2828
4  Telephone:    415.544.1900
   Facsimile:    415.391.0281
5
6  Peter C. Knops, Admitted *Pro Hac Vice*
   pknops@shb.com
7  Kenneth P. Kula, Admitted *Pro Hac Vice*
   kkula@shb.com
8  SHOOK, HARDY & BACON L.L.P.
   255 Grand Boulevard
9  Kansas City, Missouri 64108
   Telephone: 816.474.6550
10 Facsimile:   816.421.5547
11
   Attorneys for Defendant
12 BAY MACHINERY CORPORATION
13
                   UNITED STATES DISTRICT COURT
14
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN FRANCISCO DIVISION
16

17 | AMERICAN PILEDRIVING EQUIPMENT, | Case No. 3:08-cv-01934-PJH
   | INC. a Washington corporation,
18 |                                 | [~~PROPOSED~~] **ORDER ON AMENDED**
   |                                 | **STIPULATION TO CONTINUE**
19 |         Plaintiff,              | **MEDIATION DEADLINE**
20 |     v.
21 | BAY MACHINERY CORPORATION, a
   | California corporation,
22 |
23 |         Defendant.
24
25
26
27
28

[PROPOSED] ORDER ON AMENDED STIPULATION
CASE NO. 3:08-cv-01934-PJH

3400345V1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the current March 31,
2  2009 deadline for conducting a mediation be continued for 60 days, to June 1, 2009.

3
4  DATED: 4/8/09

_____
United States District Court Judge
Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*