Ina D. Chang, California Bar No. 240784
ichang@shb.com
Mia O. Solvesson, California Bar No. 246291
msolvesson@shb.com
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:    415.544.1900
Facsimile:    415.391.0281

Peter C. Knops, Admitted *Pro Hac Vice*
pknops@shb.com
Kenneth P. Kula, Admitted *Pro Hac Vice*
kkula@shb.com
SHOOK, HARDY & BACON L.L.P.
255 Grand Boulevard
Kansas City, Missouri 64108
Telephone:    816.474.6550
Facsimile:    816.421.5547

Attorneys for Defendant
BAY MACHINERY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>BAY MACHINERY CORPORATION,<br><br>            Defendant. | Case No. 4:08-cv-1934-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING MOTION FOR SUMMARY JUDGMENT** |

   Plaintiff American Piledriving Equipment, Inc., ("Plaintiff") and Defendant Bay Machinery Corporation, ("Defendant") (collectively the "Parties"), through their undersigned counsel of record, hereby agree and stipulate as follows:

   1.   The September 23, 2009 hearing date for Defendant's Motion for Summary Judgment currently set for 9 a.m. before the Court is continued to December 9, 2009 so that Plaintiff can file its

own Motion for Summary Judgment and both Parties' Motions for Summary Judgment may be heard by the Court at that time.

2.  The Parties agree to move forward with the October 28, 2009 deposition of Defendant Bay Machinery so it may be completed prior to Plaintiff's filing a Motion for Summary Judgment.

3.  Plaintiff will file any Motion for Summary Judgment by November 4, 2009 so the Court can hear both motions, if such a motion is filed, at the December 9, 2009 hearing date.

4.  If, as a result of the Defendant Bay Machinery deposition, there is evidence which Plaintiff would like to use to support its Summary Judgment Motion, Plaintiff may add such evidence to said motion so long as it is done within a week of Plaintiff's receipt of the Bay Machinery's deposition transcript.

5.  Pursuant to Local Rule 7-3, any opposition(s) to the Motion(s) for Summary Judgment will be due November 18, 2009, and any response(s) to an opposition to the Motion(s) for Summary Judgment will be due November 25, 2009.

STIPULATED TO BY:

Dated: September 18, 2009         MADSON IP

By: _____*/s/ Craig J. Madson*_____
        CRAIG J. MADSON

Attorneys for Plaintiff
AMERICAN PILEDRIVING EQUIPMENT, INC.

Dated: September 18, 2009         SHOOK, HARDY & BACON L.L.P.

By: _____*/s/ Kenneth Kula*_____
        KENNETH KULA

Attorneys for Defendant
BAY MACHINERY CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/15/09                    _____
                                   Honorable Judge Phyllis J. Hamilton

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*