UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMERICAN PILEDRIVING EQUIPMENT, INC.,

        Plaintiff(s),

   v.

BAY MACHINERY CORPORATION,

        Defendant(s).
_____/

No. C 08-1934 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE AND SCHEDULING CASE MANAGEMENT CONFERENCE**

      Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference within 90 days.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge within thirty days.

      Additionally, a further case management conference will be held on June 24, 2010, at 2:00 p.m.

      IT IS SO ORDERED.

Dated: February 25, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J