Ina D. Chang, SBN 240784
ichang@shb.com
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104-2828
Telephone:     415.544.1900
Facsimile:      415.391.0281

Peter C. Knops, Admitted *Pro Hac Vice*
pknops@shb.com
SHOOK, HARDY & BACON L.L.P.
255 Grand Boulevard
Kansas City, Missouri 64108
Telephone:  816.474.6550
Facsimile:   816.421.5547

Attorneys for Defendant
BAY MACHINERY CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PILEDRIVING EQUIPMENT, INC. a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAY MACHINERY CORPORATION, a California corporation,<br><br>Defendant. | Case No. 3:08-cv-01934-PJH<br><br>**STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE TO JUNE 9, 2011** |

Defendant Bay Machinery respectfully requests that the Court reschedule the case management conference currently scheduled for June 2, 2011 to June 9, 2011.  The Court's May 9, 2011 order requires lead counsel to appear at the hearing; however, lead counsel for Defendant, Peter Knops, has a previously scheduled court appearance on June 2, 2011 in Chicago, Illinois. Plaintiff's counsel, Craig J. Madison, is available to attend the conference on the revised date of June 9, 2011 and he approves rescheduling the conference to that date.

207109 V1

| | | |
|---|---|---|
| 1 | Dated: May 12, 2011 | SHOOK, HARDY & BACON L.L.P. |
| 2 | | |
| 3 | | By:  */s/ Peter C. Knops*  <br>          PETER C. KNOPS |
| 4 | | |
| 5 | | Attorneys for Defendant <br> BAY MACHINERY CORPORATION |
| 6 | | |
| 7 | Dated: May 12, 2011 | MADSON IP |
| 8 | | BY:  */s/ Craig J. Madson*  <br>          CRAIG J. MADSON |
| 9 | | |
| 10 | | ATTORNEYS FOR PLAINTIFF <br> AMERICAN PILEDRIVING EQUIPMENT, INC. |

**IT IS SO ORDERED:**

Dated: 5/13/11

_____
United States District Court
Phyllis J. Hamilton

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*